WARNER & SCHEUERMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID H. BROOKS,

                                    Plaintiff,

            -against-

HENRY E. MAZUREK, ESQ.,

                                    Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept 13, 2007

**STIPULATION AND
ORDER OF DISMISSAL**

07 Civ. 3527 (DAB)

**IT IS HEREBY STIPULATED AND AGREED** by and between the

attorneys for the respective parties that, pursuant to Rule 41 of the Federal Rules of Civil

Procedure, all claims and counterclaims are dismissed with prejudice, and without costs or

disbursements.

Dated: New York, New York
          August 21, 2007

**WARNER & SCHEUERMAN**
Attorneys for Plaintiff
David H. Brooks

By: _____
Jonathon D. Warner   (JW-5195)
6 West 18th Street, 10th Floor
New York, New York 10011
212.924.7111

**JUDD BURSTEIN, P.C.**
Attorneys for Defendant
Henry E. Mazurek, Esq.

By: _____
Judd Burstein (JB-9585)
1790 Broadway, Suite 1501
New York, New York 10019
212.974.2400

SO ORDERED:

_Deborah A. Batts_
                    U.S.D.J.

Dated: **September 13, 2007**